```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
WILLIAM DE JESUS,                        :
                          Plaintiff,     :
                                         :     08 Civ. 5804 (DLC)
               -v-                       :
                                         :           ORDER
MRS. JOY ALBRIGHT - NURSE ADMIN., MR.    :
SUPPLE - NURSE PRACTITIONER, EDWARD      :
SOTTILE - MEDICAL DIRECTOR (FISHKILL     :
CORR. FAC.), MS. L. WILLIAMS - DEPUTY    :
SUPERINTENDENT OF HEALTH, MR. LESTER N.  :
WRIGHT, M.D., MPH (DEPUTY COMM./CHIEF    :
MEDICAL OFFICER),                        :
                          Defendants.    :
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/09

DENISE COTE, District Judge:

This Court received pro se plaintiff William De Jesus's proposed second amended complaint on February 24, 2009. Along with the proposed second amended complaint, plaintiff enclosed 1) a letter, 2) his previous amended complaint (marked as "abandoned"), 3) a highlighted copy of the Court's February 6, 2009 Order, and 4) a copy of his request for an amended summons and extension of time to serve defendants, dated December 30, 2008. The supporting exhibits to which he refers in a February 10, 2009 letter were not enclosed. It is hereby

ORDERED that plaintiff's second amended complaint is accepted for filing.

IT IS FURTHER ORDERED that the Pro Se Office shall prepare a mailing package with amended summonses to be sent to the plaintiff.

IT IS FURTHER ORDERED that the plaintiff must serve defendants with the amended summonses and complaint by **May 8, 2009**.

IT IS FURTHER ORDERED that failure to comply with any of the terms of this Order may constitute grounds for the denial of requested relief, dismissal of the action, the entry of judgment by default, or such other action as may be just in the circumstances.

SO ORDERED:

Dated:   New York, New York
         March 9, 2009

                                          _____
                                          DENISE COTE
                                          United States District Judge

COPIES MAILED TO:

William De Jesus
01-A-4505
Fishkill Correctional Facility
P.O. Box 1245
Beacon, NY 12508

Pro Se Office
Room 230
United States Courthouse
500 Pearl Street
New York, NY 10007