UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
WILLIAM DE JESUS,                       :
                      Plaintiff,        :
                                        :       08 Civ. 5804 (DLC)
           -v-                          :
                                        :              ORDER
DR. JOHN SUPPLE, NURSE ADMINISTRATOR    :
JOY ALBRIGHT, ACTING DEPUTY SUPT.       :
HEALTH ANGELA MAUME, DR. EDWARD         :
SOTTILE, SUPERINTENDENT WILLIAM         :
CONNOLLY, DR. RAMASREE KARRI, DEPUTY    :
COMMISSIONER/CHIEF MEDICAL OFFICER DR.  :
LESTER WRIGHT, and ELIZABETH WILLIAMS,  :
                      Defendants.       :
----------------------------------------X

```
┌─────────────────────────────┐
│ USDC SDNY                    │
│ DOCUMENT                     │
│ ELECTRONICALLY FILED         │
│ DOC #: _____       │
│ DATE FILED:  7/16/09         │
└─────────────────────────────┘
```

DENISE COTE, District Judge:

     The above-captioned action, which plaintiff has filed pro
se, has been assigned to me.  On July 13, 2009, defendants filed
a motion to dismiss.  Plaintiff's opposition to the motion shall
be due **August 28, 2009**, and reply papers, if any, must be filed
by **September 11, 2009**.  Either party may request to have the
dates for the motion extended, and they will be extended if the
party requesting the extension demonstrates that its pursuit of
the action has been diligent and that there is a good reason for
extending the deadline.

     IT IS FURTHER ORDERED that when filing any papers with the
Court, the parties shall provide a courtesy copy to Chambers by
sending them to this Court's Pro Se Office, Room 230, United
States Courthouse, 500 Pearl Street, New York, New York 10007.

IT IS FURTHER ORDERED that failure to comply with any of the terms of this Order may constitute grounds for the denial of requested relief, dismissal of the action, the entry of judgment by default, or such other action as may be just in the circumstances.

SO ORDERED:

*The August 7 conference is adjourned without date.*

Dated:     New York, New York
           July 16, 2009

DENISE COTE
United States District Judge

COPIES MAILED TO:


William De Jesus                        Jeb Harben
01-A-4505                               Assistant Attorney General
Fishkill Correctional Facility          Office of the Attorney General
P.O. Box 1245                           120 Broadway
Beacon, NY 12508                        New York, NY 10271-0332